IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN LESTER MOORE, III,<br><br>   Plaintiff,<br><br>   v.<br><br>R. L. CONWAY<br>"Butch", et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-1924-TWT |

ORDER

This is a pro se prisoner civil rights action.  It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the Petition as frivolous.  The Court approves and adopts the Report and Recommendation as the judgment of the Court.  This action is DISMISSED.

SO ORDERED, this 21 day of September, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Moore\r&r.wpd